## Philip Slan, et al., Appellees, v. Albert Johnson, Edwin Johnson, and High-Low Tank Car Service Stations, Inc., Appellants.

### Gen. No. 46,974. 

First District, Third Division.

May 15, 1957.

Rehearing denied June 25, 1957.

Released for publication June 26, 1957.

Defrees, Fiske, O'Brien & Thomson (Vincent O'Brien, of Chicago, of counsel) for appellants; Freeman & Freeman, Benjamin Nelson, and Adolph L. Haas, all of Chicago (Benjamin Nelson, Earl Freeman, and Adolph L. Haas, of Chicago, of counsel) for appellees. Opinion by JUDGE KILEY. Not to be published in full.